```
 1  Eric K. Fogderude, #070860
    FLETCHER & FOGDERUDE, INC.
 2  A Professional Corporation
    5412 North Palm Avenue, Suite 101
 3  Fresno, California 93704
    Telephone:(559) 431-9710
 4  Facsimile: (559) 431-4108
    E-mail: efogderude1@yahoo.com
 5
    Attorney for Defendant ESTEBAN MENDOZA-GALENO
 6

 7

 8           IN THE UNITED STATES DISTRICT COURT FOR THE

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   CASE NO. 1:12-CR-00108 LJO
                                 )
12         Plaintiff,            )   STIPULATION TO CONTINUE
                                 )   STATUS HEARING, AND
13  vs.                          )   ORDER THEREON
                                 )
14  ESTEBAN MENDOZA-GALENO       )
                                 )   DATE:    July 16, 2012
15                               )   TIME:    1:00 p.m.
           Defendant.            )   JUDGE:   Sheila K. Oberto
16  _____)

17
```

18                              **STIPULATION**

19      It is hereby stipulated by and between the parties hereto

20 that the status hearing in the above entitled matter now set for

21 July 16, 2012, may be continued to July 30, 2012 at 1:00 p.m.

22      The parties agree that time shall be excluded pursuant to 18

23 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice

24 served by the continuance outweigh the best interest of the public

25 and the defendant in a speed trial, since the failure to grant

26 such a continuance would deny counsel for the defendant the

27 reasonable time necessary for effective preparation, taking into

28 account the exercise of due diligence.

---

U.S. vs Mendoza-Galeno                         Stipulation/Proposed Order
Case No. 12-00108

Good cause exists to allow for the defense to review new discovery which will be provided shortly.

DATED: July 12, 2012          FLETCHER & FOGDERUDE, Inc.

                              /s/ Eric K. Fogderude
                              ERIC K. FOGDERUDE
                              Attorney for Defendant,
                              ESTEBAN MENDOZA-GALENO


Dated: July 12, 2012          Benjamin B. Wagner
                              United States Attorney

                              /s/ Ian L. Garriques
                              IAN L. GARRIQUES
                              Assistant US Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the Status hearing be continued to July 30, 2012 at 1:00 p.m.

**Any future request to continue the status conference must be supported by a showing of good cause, which in turn, requires due diligence.**

IT IS SO ORDERED.

Dated: **July 12, 2012**                **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE