# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


**FILED**
JUN 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:12-CR-00108-1
Esteban Mendoza-Galeno )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Esteban Mendoza-Galeno__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

Vacate the condition that the defendant participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All prior ordered conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Esteban Mendoza_  6-21-13            _[signature]_   06/21/2013
Signature of Defendant   Date          Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                          6/21/2013
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                          6/24/13
Signature of Defense Counsel   Date

### ORDER OF THE COURT
☒ The above modification of conditions of release is ordered, to be effective on  6/25/13 .
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                          6/25/13
Signature of Judicial Officer   Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services