| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | CHRISTOPHER D. BAKER |
| 3 | Assistant United States Attorney |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
          United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00108-LJO |
|---|---|
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| ESTEBAN MENDOZA-GALENO, | |
| Defendant. | |

WHEREAS, on March 13, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6) and 1028(b), based upon the plea agreement entered into between plaintiff and defendant Esteban Mendoza-Galeno forfeiting to the United States the following property:

  a. Approximately $2,922.00 in United States currency;
  b. One Samsung Notebook Computer Laptop;
  c. One Sony 1GB Thumb Drive;
  d. One Motorola Cellular Phone;
  e. One Sony Camera;
  f. One Polaroid Camera;
  g. One SanDisk Thumb Drive;
  h. One Max Data DVD-R;
  i. One GBC Creative Laminator;

Final Order of Forfeiture                       1

j. One Scotch TL901 Laminator;
k. One Bag of Laminate Sleeves with Official Seals/Emblems;
l. One Paper Cutter;
m. One Card Corner Cutter;
n. One Epson Printer/Copier;
o. 3 Advertisements for Fraudulent Identification Documents; and
p. One Printed Fraudulent Lawful Permanent Resident Card.

AND WHEREAS, beginning on March 14, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6) and 1028(b), to be disposed of according to law, including all right, title, and interest of Esteban Mendoza-Galeno.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **September 5, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture                    2